**\*E-FILED 6/5/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY BAY INVESTMENT CORP., | NO. C 06-00521 RS |
| Petitioner, | **ORDER GRANTING MOTION TO DISMISS** |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | |
| Respondent. | |

Before the Court is Respondent's motion to dismiss, on grounds that petitioner failed to exhaust its administrative remedies. Petitioner filed no written opposition, but has advised the Court orally that it does not oppose the motion as it has no grounds to do so, and that it anticipates the motion will be granted and the case dismissed. The Court finds this matter suitable for disposition without oral argument, pursuant to Local Rule 7-1 (b).

Good cause appearing, the motion to dismiss is GRANTED.

IT IS SO ORDERED.
Dated: June 5, 2006

RICHARD SEEBORG
United States Magistrate Judge

ORDER GRANTING MOTION TO DISMISS
C 06-00521 RS

1

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2  David Russell Beck     Beckandmathiesen@calcentral.com,

3  Chinhayi J. Coleman    chinhayi.j.coleman@usdoj.gov, ann.nelson@usdoj.gov

4

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

6

7  **Dated: June 5, 2006**                                    **Chambers of Judge Richard Seeborg**

8
                                                              **By:**        /s/ BAK
9

ORDER GRANTING MOTION TO DISMISS
C 06-00521 RS

2